IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : Civil Action No. |
| v. | : |
| | : 17-02052-NLH-AMD |
| A AND R ENTERPRISES, LP, *et al.*, | : |
| | : **STIPULATION OF DISMISSAL** |
| Defendants. | : |

All parties hereto stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the District of New Jersey. The parties stipulate that each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted,

/s/Keith Harris
Keith Harris, Esq.
BRAFF, HARRIS, SUKONECK & MALOOF
570 West Mount Pleasant Avenue
Livingston, NJ 07039
(973) 994-6677

John P. Fuller, Esq. (admitted *pro hac vice*)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
*Attorneys for Plaintiff, Dennis Maurer*

Respectfully submitted,

/s/Eric B. Meyer
Eric B. Meyer, Esq
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
(215) 575-7000
*Attorney for Defendant, A and R Enterprises, LP*

/s/Michael Kessel
I. Michael Kessel, Esq.
LITTLER MENDELSON P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ 07102
*Attorney for Defendant, McDonald's Corporation*

Dated: December 21, 2017

Dated: December 21, 2017

**SO ORDERED.**

Date: January 2, 2018

At Camden, New Jersey

/s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

119738198_6